FORM 26. Docketing Statement                                Form 26 (p. 1)
                                                            July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 23-1980, 23-2076

**Short Case Caption:** Juniper Networks, Inc. v. Swarm Technology LLC

**Filing Party/Entity:** Juniper Networks, Inc.

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| Patent Trial & Appeal Board | IPR2021-01445 | Inter Partes Review |

**Relief sought on appeal:** ☐ None/Not Applicable

Reversal of the PTAB's Final Written Decision finding that none of claims 1-12 have been shown to be unpatentable.

**Relief awarded below (if damages, specify):** ☑ None/Not Applicable

**Briefly describe the judgment/order appealed from:**

In IPR2021-01445, the Board erroneously held that claims 1-12 of U.S. Patent No. 9,852,004 were not shown to be unpatentable.

**Nature of judgment (select one):**     **Date of judgment:** 4/20/23

☐ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☑ Other (explain)     Final judgment, 28 U.S.C. §1295; appeal from final written decision, 35 U.S.C. §319

FORM 26. Docketing Statement                                Form 26 (p. 2)
                                                               July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued. ☑ None/Not Applicable

Issues to be raised on appeal: ☐ None/Not Applicable

Whether the Board has erred in finding that claims 1-12 of U.S. Patent No. 9,852,004 were not shown to be unpatentable.

Have there been discussions with other parties relating to settlement of this case?
☐ Yes   ☑ No

If "yes," when were the last such discussions?
☐ Before the case was filed below
☐ During the pendency of the case below
☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?   ☐ Yes   ☐ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation? ☐ Yes   ☑ No

Explain.

Juniper Networks believes that patentability issues of this nature are generally not amenable to mediation.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

None

Date: 07/14/2023           Signature: /s/ R. William Sigler

                           Name: R. William Sigler