FORM 8A. Entry of Appearance                                    Form 8A (p.1)
                                                                  July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 23-1980, 23-2076

**Short Case Caption:** Juniper Networks, Inc. v. Swarm Technology LLC

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| Juniper Networks, Inc. | |
|---|---|
| **Principal Counsel:** Alan M. Fisch | Admission Date: 5/30/1996 |
| Firm/Agency/Org.: FISCH SIGLER LLP | |
| Address: 5301 Wisconsin Ave NW, Suite 400, Washington, DC 20015 | |
| Phone: 202.362.3500 | Email: alan.fisch@fischllp.com |
| **Other Counsel:** R. William Sigler | Admission Date: 04/06/2007 |
| Firm/Agency/Org.: FISCH SIGLER LLP | |
| Address: 5301 Wisconsin Ave NW, Suite 400, Washington, DC 20015 | |
| Phone: 202.362.3500 | Email: bill.sigler@fischllp.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 07/14/2023        Signature: /s/ R. William Sigler

                        Name: R. William Sigler

FORM 8A. Entry of Appearance                                                          Form 8A (p.2)
                                                                                       July 2020

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Matthew Benner | Admission Date: 09/05/2017 |
|---|---|
| Firm/Agency/Org.: FISCH SIGLER LLP | |
| Address: 5301 Wisconsin Ave NW, Suite 400, Washington, DC 20015 | |
| Phone: 202.362.3500 | Email: matthew.benner@fischllp.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |