**FORM 9A. Notice of Related Case Information** Form 9A (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### NOTICE OF RELATED CASE INFORMATION

**Case Number** 23-1980, 23-2076

**Short Case Caption** Juniper Networks, Inc. v. Swarm Technology LLC

**Filing Party/Entity** Juniper Networks, Inc.

---

**Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

---

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

---

Juniper Networks, Inc., et al. v. Swarm Technology LLC, 3:20-cv-03137 (N.D. Cal.)

Swarm Technology LLC v. Amazon.com Inc., 2:21-cv-00438 (D. Ariz.)

Amazon.com, Inc. v. Swarm Technology LLC, IPR2022-00283 (P.T.A.B.)

Juniper Networks, Inc. v. Swarm Technology LLC, IPR2022-00141 (P.T.A.B.) (related patent)

Amazon.com, Inc. v. Swarm Technology LLC, IPR2022-00633 (P.T.A.B.) (related patent)

Amazon.com, Inc. v. Swarm Technology LLC, IPR2023-00390 (P.T.A.B.) (related patent)

Juniper Networks, Inc. v. Swarm Technology LLC, 23-1980 (Fed. Cir.) (consolidated appeal)

---

☐    Additional pages attached

FORM 9A. Notice of Related Case Information                          Form 9A (p. 2)
                                                                      March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

---
Juniper Networks, Inc.

Swarm Technology LLC

Amazon.com, Inc.

Apstra, Inc.

---

☐   Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

---
Fisch Sigler: Adam A. Allgood, Joseph F. Edell, Alan M. Fisch, Ken K. Fung, Andrew L. Ramos, R. William Sigler.

Latham & Watkins: Adam M. Greenfield, Ashley N. Finger, David A. Zucker, Gabriel K. Bell, Kimberly Q. Li, Maximilian A. Grant, Jonathan M. Strang.

Beus Gilbert McGroder: Alexis Lindquist, Christine N. Jones, David A. Neal, K. Reed Willis, Leo R. Beus, Lori Lea Voepel, L. Richard Williams, Megan E. Beus, Michael K. Kelly, Timothy James Casey.

Ernst Brown & Draper: Daniel J. Anderson.

Jennings Strouss & Salmon: Daniel R. Pote.

---

☑   Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 07/14/2023                    Signature:  /s/ R. William Sigler

                                    Name:       R. William Sigler

**Additional Page Providing Names of
All Law Firms, Partners, and Associates in Listed Cases:**

Steyer Lowenthal Boodrookas Alvarez & Smith: Allan Steyer, D. Scott Macrae, Jill K. Cohoe, Suneel Jain.
Spencer Fane: Andrew M. Federhar, Jessica A. Gale.