# United States Court of Appeals for the Federal Circuit

---

**JUNIPER NETWORKS, INC.,**
*Appellant*

**v.**

**SWARM TECHNOLOGY LLC,**
*Appellee*

---

2023-1980, 2023-2076

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00141, IPR2021-01445.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED-IN-PART, DISMISSED-IN-PART**

FOR THE COURT

June 30, 2025
Date

Jarrett B. Perlow
Clerk of Court